BEFORE THE SECOND DIVISION, APRIL 22, 1941

No. 45752.—Protest 750974–G of Associated Manufacturers Importing Co. (San Francisco).

Opinion by KINCHELOE, J. In accordance with stipulation of counsel and on the authority of United States v. Penn (27 C. C. P. A. 242, C. A. D. 93) the protest was sustained.

No. 45753.—Protests 866948–G, etc., of Albert Adams et al. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

APRIL 15, 1941

No. 45754.——Protests 35643–K, etc., of Armour & Co. et al. Abstract 45375. Application by Government for rehearing granted.

No. 45755.——Protests 21015–K (A), etc., of Armour & Co. Abstract 45539. Application by plaintiffs for rehearing granted.

No. 45756.——Protest 979066–G of Marshall Field & Co. C. D. 376. Application by plaintiffs for rehearing granted.

APRIL 17, 1941

No. 45757.——Protests 31074–K, etc., of Dan Brechner & Co. et al. Abstract 45560. Application by plaintiffs for rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 23, 1941

No. 45758.—Protest 829979–G of Perry Equipment & Supply Co. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of copper rods similar to those the subject of Abstract 41643. The claim at 2½ cents per pound under paragraph 381 as welding rods was therefore sustained.